SCHNIBBE v. HAUCK MFG. CO. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Richard Schnibbe against the Hauck Manufacturing Company; wherein Oscar A. Lewis, as trustee in bankruptcy, etc., appeals.

PER CURIAM. It is decided: (1) That the reply did not deny that plaintiff knew the stock was transferred to plaintiff by Gutkes while insolvent and in fraud of his creditors, without consideration, and that the first counterclaim was admitted, and that defendant could move to dismiss the complaint at the commencement of the trial; (2) that, if the reply was defective as to the second counterclaim, it should have been attacked before the trial; (3) that it does not appear that plaintiff had actual knowledge that the tax had not been paid, and that such knowledge is not imputed to him. Hence the reply to that counterclaim was sufficient. Judgment reversed, and new trial granted; costs to abide the final award of costs.

SCHOFIELD v. WOLPER et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by William N. Schofield, as trustee, etc., against Rebecca Wolper and others. No opinion. Motion denied, with $10 costs.

SCHONEBERGER, Respondent, v. FEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Charlotte Schoneberger, individually and as executrix, etc., against James Fey. No opinion. Judgment affirmed by default, with costs. See, also, 152 N. Y. Supp. 1142.

SCHONEBERGER, Respondent, v. FEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Charlotte Schoneberger, individually and as executrix, etc., against James Fey. No opinion. Motion granted, upon condition that appellant pay $10 costs of this motion, perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise. motion denied, with $10 costs. See, also, 152 N. Y. Supp. 1142.

SCHUMACHER et al., Respondents, v. BROOKLYN HEIGHTS R. CO., Appellant. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Franceska Schumacher and another against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursement, on authority of Havholm v. Whale Creek Iron Works, 159 App. Div. 578, 144 N. Y. Supp. 833. See, also, 151 N. Y. Supp. 1143; 152 N. Y. Supp. 1142.

SCHUMACHER et al., Respondents, v. BROOKLYN HEIGHTS R. CO., Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Franceska Schumacher and another against the Brooklyn Heights Railroad Com-

pany. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1142.

SCIABALLA v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Giuseppe Sciaballa, suing, etc., against the Illinois Surety Company. No opinion. Motion granted; questions to be settled on settlement of order. Settle order on notice. See, also, 152 N. Y. Supp. 760.

In re SCOFIELD'S ESTATE. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) In the matter of the application for letters of administration on the estate of Charles W. Scofield, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

SELMO, Respondent, v. SELMO, Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1915.) · Action by Etta Selmo against John Selmo. H. Turchin, of New York City, for appellant. G. McAdam, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. ·

SEVIERE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Eliza Seviere, as administratrix, etc., of Leonardo Seviere, deceased, against the City of New York. No opinion. Order modified, by imposing as a condition for the service of the amended complaint the payment of $30 costs within 20 days, and, as so modified, affirmed, without costs of this appeal.

SHANNON, Respondent, v. HORTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by William H. Shannon, Jr., against Eugene Horton. No opinion. Motion denied, with $10 costs.

SHEEDY v. FOSTER et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Thomas F. Sheedy, against William George Foster and another.

PER CURIAM. Judgment modified, by striking therefrom the provision that out of the proceeds of sale of the mortgaged premises there shall be paid any lien or liens upon said premises so sold, at the time of said sale, for taxes, assessments, and water rates, and by affirmatively providing that the said premises should be sold subject to the lien of said taxes, assessments, and water rates, and, as so modified, the said judgment is affirmed, without costs. The eighth finding of fact and the fourth conclusion of law are modified accordingly. Settle order before Mr. Justice Burr. See, also, 150 N. Y. Supp. 1112; 152 N. Y. Supp. 1143.